JS-6

1  PICK & BOYDSTON, LLP
   BRIAN D. BOYDSTON (SBN 155614)
2  2288 Westwood Blvd., Suite 212
   Los Angeles, CA 90064
3  Telephone:    (424)293-0111
   Facsimile:    (213) 624-9073
4
   Attorneys for Plaintiff PATRICK J. REITEN, MD, FACS
5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10
   PATRICK J. REITEN, MD, FACS, a    )  Case No. 18-cv-7433-PA-PLAx
11 California Corporation,           )
                                     )
12         Plaintiff,                )  **ORDER ON STIPULATED REQUEST
                                     )  TO DISMISS CASE WITH
13         v.                        )  PREJUDICE**
                                     )
14 BLUE CROSS OF CALIFORNIA, doing)
   business as ANTHEM BLUE CROSS, a )
15 California Corporation, and DOES 1 )
   through 50, inclusive,            )
16                                   )
           Defendants.               )
17 _____   )

18
          Pursuant to the stipulation of the parties, and good cause appearing therefore, this Court

19 hereby dismisses this matter with prejudice, each party to bear its own fees and costs.

20        IT IS SO ORDERED.

21

22

   DATED: __December 19, 2018__        _____
23                                          HON. PERCY ANDERSON

24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28
   _____
   **[PROPOSED] ORDER ON STIPULATED REQUEST TO DISMISS CASE WITH PREJUDICE**